UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                        No.  16-CR-826-LTS

DENNIS POMALES,

        Defendant.

-------------------------------------------------------x

## ORDER

The Court has received Defendant Dennis Pomales's pro se motion for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(1)(A).  The Government is directed to file its response to Mr. Pomales's motion by **July 16, 2020**.  A complete, unredacted courtesy copy of the Government's response must be provided to defendant and emailed to Chambers via SwainNYSDCorresp@nysd.uscourts.gov.  Mr. Pomales's reply to the Government's response, if any, must be filed by **July 31, 2020**.

As the motion contains sensitive medical information, the Clerk of Court is respectfully directed to file a redacted version of the motion publicly on the docket, and to file the original, unredacted motion under seal.  An unredacted copy of the motion will be provided to the Government.

      SO ORDERED.

Dated: New York, New York
       July 9, 2020

                                                                  _/s/ Laura Taylor Swain
                                                                   LAURA TAYLOR SWAIN
                                                                   United States District Judge

**Copy mailed to:**
Dennis Pomales
#78694-054
FCI Berlin
Federal Correctional Institution
P.O. Box 9000
Berlin, N.H. 03570